UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JUDITH A. CHOICE,<br>Plaintiff,<br>v.<br>BRISTOL-MYERS SQUIBB CO., and JOSEPH DELUCA,<br>Defendants. | CA 07 94 S<br>Civil Action No. __________ |

## NOTICE OF REMOVAL

Defendant Bristol-Myers Squibb Co. ("BMS") files this Notice of Removal in accordance with 28 U.S.C. §§ 1441 and 1446 and hereby remove this action from the Superior Court of the State of Rhode Island, Newport Division (the "Superior Court Action") to the United States District Court for the District of Rhode Island. As its reasons for removal, BMS states:

1. By Summons and Complaint, Plaintiff Judith A. Choice ("Plaintiff" or "Choice") commenced a civil action against Defendants BMS and Joseph DeLuca in Newport Superior Court titled *Judith A. Choice v. Bristol-Myers Squibb Co. and Joseph DeLuca*, Docket No. NC 06-553. A true and correct copy of the Complaint served by Plaintiff on BMS is attached hereto as Exhibit A and constitutes all processes, pleadings and orders served upon BMS in this action to the present date.

2. BMS was served with the summons and complaint in the Pending Action on or about December 19, 2006.

3. This Notice of Removal is being filed within thirty (30) days after BMS was first able to ascertain that the case is one which is or has become removable and is timely filed under 28 U.S.C. § 1446(b).

4. This Court has diversity jurisdiction over the Complaint pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

5. Choice is a citizen of the State of Rhode Island, with a residence in Newport County, Rhode Island.

6. BMS is a corporation organized and existing under the laws of the State of Delaware, with a principal place of business in Plainsboro, New Jersey.

7. DeLuca is a citizen of the State of New York.

8. Although the Complaint does not specify the precise amount of damages sought, BMS first learned on or about February 14, 2007, that the amount in controversy in this case exceeds $75,000. Choice seeks to recover lost wages and benefits, compensatory damages for emotional distress, punitive damages, cost of suit and attorneys' fees.

9. Because the requirements for diversity jurisdiction are satisfied, this Court has jurisdiction over all claims and parties pursuant to 28 U.S.C. § 1332. The Complaint is properly removed pursuant to 28 U.S.C. §§ 1441 and 1446.

10. The Pending Action is properly removed to this Court under 28 U.S.C. §§ 1441 and 1446 because it is pending in Newport County, Rhode Island, which lies within this District.

Respectfully submitted,

**BRISTOL-MYERS SQUIBB CO. and JOSEPH DELUCA,**

By their attorneys,

George P. Kostakos (R.I. Bar. # 6971)
Littler Mendelson, P.C.
Ten Weybosset Street
Providence, RI 02903
(401) 454-2910
(401) 454-2969 (fax)
gkostakos@littler.com

March 9, 2007

**CERTIFICATE OF SERVICE**

I, George P. Kostakos, hereby certify that on this 9th day of March 2007, a true and accurate copy of the foregoing Notice of Removal was served via first class mail upon plaintiff's counsel of record:

Jeanne M. Scott, Esq.
Ursillo, Teitz & Ritch, Ltd.
2 Williams Street
Providence, RI 02903

George P. Kostakos

Firmwide:81995476.1 053608.1001