STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: NC-2006-0553 JUDITH CHOICE VS BRISTOL MYERS SQUIBB

Filing Date: 11-14-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: CIVIL RIGHTS/JOB DISCRIMIN
Status Date: 03-15-2007

Plaintiff: JUDITH CHOICE
ID: @10873234

Attorney: JEANNE SCOTT

Defendant: BRISTOL MYERS SQIBBS CO
ID: @10873237

Attorney: GEORGE KOSTAKOS

Defendant: JOSEPH DELICA
ID: @10873238

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 11-14-2006 | COMPLAINT FILED | |
| 11-14-2006 | INITIAL FILING FEE | |
| 11-14-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCN27917. |
| 02-09-2007 | ANSWER FILED | Affiliated: BRISTOL MYERS SQIBBS CO |
| 03-15-2007 | NOTICE OF REMOVAL | Affiliated: BRISTOL MYERS SQIBBS CO |
| 03-15-2007 | CASE REMVD TO US DISTRICT CT | |
| 03-15-2007 | OTH DOC FILED DURING DISCOV | |

True Copy Attest
Jane M. Anthony
Office of Clerk of Superior Court
County of Newport
Newport, Rhode Island