**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| JUDITH A. CHOICE,<br><br>Plaintiff,<br><br>v.<br><br>BRISTOL-MYERS SQUIBB CO., and JOSEPH DELUCA,<br><br>Defendants. | Civil Action No. 1:07-cv-00094-S-LDA |

**DEFENDANTS' PROPOSED DISCOVERY SCHEDULE**
**PURSUANT TO FEDERAL AND LOCAL RULES 16 AND 26**

Pursuant to Rules 16 and 26 of the Federal Rules of Civil Procedure and Local Rules 16 and 26(b) of the United States District Court for the District of Rhode Island, Defendants in the above-captioned matter submit the following proposed discovery schedule in advance of the April 30, 2007 Rule 16 Scheduling Conference.

a. Local Rule 26.2(A) Automatic Disclosures: the parties will exchange automatic disclosures on or before May 15, 2007.

b. Deadline to Amend Pleadings: August 1, 2007.

c. Deadline to add additional parties: August 1, 2007.

d. Discovery Completed (including depositions, written discovery and motions thereunder): November 15, 2007.

e. Rule 26(a)(2)(b) Expert Disclosure by Plaintiff: September 15, 2007.

f. Rule 26(a)(2)(b) Expert Disclosure by Defendants: October 15, 2007.

g. Dispositive Motions filed by: December 15, 2007.

h. Pre-Trial Conference Date: January 2008, or after Dispositive Motions are heard.

Respectfully submitted,

DEFENDANTS,

By their attorneys,

/s/ George P. Kostakos
George P. Kostakos (R.I. Bar #6971)
LITTLER MENDELSON, P.C.
10 Weybosset Street
Suite 404
Providence, RI 02903
Tel: (401) 454-2903
Fax: (617) 531-2051
gkostakos@littler.com

Dated: April 27, 2007

**CERTIFICATE OF SERVICE**

I, George P. Kostakos, hereby certify that on this 27th day of April 2007 the foregoing Defendants' Proposed Discovery Schedule Pursuant to Federal and Local Rules 16 and 26 was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via electronic and first class mail to all non-registered participants identified on the Notice of Electronic Filing.

/s/ George P. Kostakos
George P. Kostakos

Firmwide:82394487.1 053608.1001