**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **JUDITH A. CHOICE,** | : |
| **Plaintiff** | : |
| | : |
| **v.** | : |
| | : **Civil Action No.: 1:07-cv-00094-S-LDA** |
| **BRISTOL-MYERS SQUIBB CO. and** | : |
| **JOSEPH DELUCA,** | : |
| **Defendants.** | : |

**PLAINTIFF'S MOTION TO CONTINUE SETTLEMENT CONFERENCE**

Now comes Plaintiff, Judith A. Choice, and hereby moves this court for a continuance of the settlement conference scheduled for May 23, 2007. As grounds therefore, for reasons unknown, the undersigned attorney only today, May 22nd, received notice of the conference and has been unable to reach the plaintiff. Additionally, counsel desires to have time to prepare a meaningful settlement statement for the conference. Counsel for the plaintiff has attempted to contact Defendants' attorney and has left a message for him regarding this motion.

WHEREFORE, Plaintiff Judith A. Choice respectfully requests this court issue an order for a short continuance of the settlement conference.

Plaintiff, Judith Choice,
By her Attorney,

Jeanne M Scott

Jeanne M. Scott, Esq. (R.I. Bar # 6178)
**Ursillo, Teitz & Ritch, Ltd.**
2 Williams Street
Providence, Rhode Island 02903
401-331-2222 (telephone)
401-751-5257 (facsimile)

I hereby certify that on May 22, 2007, I sent via facsimile, electronically, and via first class mail, postage prepaid, the within motion to continue to :

George P. Kostakos, Esq.
Littler Mendleson
10 Weybosset Street, Suite 404
Providence, RI 02903
617-531-2051 (facsimile)
gkostakos@littler.com

Janne M Scott