**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| JUDITH A. CHOICE,<br><br>Plaintiff,<br><br>v.<br><br>BRISTOL-MYERS SQUIBB CO., and JOSEPH DELUCA,<br><br>Defendants. | Civil Action No. 1:07-cv-00094-S-LDA |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties to the above-entitled action hereby stipulate that said action be dismissed with prejudice and without costs. All rights of appeal are hereby waived.

Respectfully submitted,

PLAINTIFF,

By her attorneys,

/s/ Jeanne M. Scott

Jeanne M. Scott (R.I. Bar #6178)
URSILLO, TEITZ & RITCH, LTD
2 Williams Street
Providence, RI 02903
Tel: (401) 331-2222
Fax: (401) 751-5257
jeannescott@utrlaw.com

DEFENDANTS,

By their attorneys,

/s/ George P. Kostakos

George P. Kostakos (R.I. Bar #6971)
LITTLER MENDELSON, P.C.
10 Weybosset Street
Suite 404
Providence, RI 02903
Tel: (401) 454-2903
Fax: (617) 531-2051
gkostakos@littler.com

August 28, 2007

Firmwide:82759226.3 053608.1001